# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RAYMOND ROSS, SANDRA D. DIXON-ROSS, | : No. 40 MM 2015 |
| Petitioners | : Emergency Petition for Writ of Mandamus |
| v. | : |
| AMERICHOICE FEDERAL CREDIT UNION, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of March, 2015, the Application for Leave to File Original Process is **GRANTED**. The Petition for Writ of Mandamus is **DENIED**. The Application for Leave to File Post-Submission Communication is **DENIED.**